ORIGINAL

FILED

06/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0207

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0207

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

CHARLES BERGERON,

    Defendant and Appellant.

**O R D E R**

FILED

JUN 1 1 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Counsel for Appellant Charles Bergeron filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that counsel has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). This Court granted Bergeron time to respond, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude no arguments with potential legal merit can be raised on direct appeal.

IT IS THEREFORE ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to Bergeron personally.

DATED this 11 day of June, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices